

FILED

APR - 2 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

    v.                   Case No. 2:19mj201
                            Court Date:  April 17, 2019

STEVEN T. GAYDEN

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)-Violation No. 1171867

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 20, 2019, at the Navy Exchange at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, STEVEN T. GAYDEN, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

### COUNT TWO
(Misdemeanor) - Violation Notice No. 1171868

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 20, 2019, at the Navy Exchange at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, STEVEN T. GAYDEN, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

FILED

APR - 2 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:    _James T. Cole_
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_James T. Cole_
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

28  March  2019
Date